UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME T. KENDRICK, | ) |
| Plaintiff, | ) So Ordered |
| vs. | ) Case No.: 4:04CV1632 RWS |
| MICHAEL EDGAR and JAMES COATNEY, d/b/a TERI PRODUCTIONS, | ) 10/11/05 |
| Defendants. | ) |

## *STIPULATION FOR DISMISSAL*

It is hereby stipulated by and between the parties that all claims and causes of action against all parties are hereby dismissed with prejudice. Court costs to be paid by defendants.

_____
Dennis E. Rose #33030
Jon W. Spencer, #43235
DONOVAN ROSE NESTER
& JOLEY P.C.
Attorneys for Plaintiff
8 East Washington
Belleville, Illinois 62220
(618) 235-2020
(618) 235-9632 (Fax)

_____
Daniel T. Rabbitt   #18652
Federal Registration No. 4111
RABBITT, PITZER & SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)